**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X *Presetta W. Walker* ☐ Agent / ☐ Addressee

B. Received by (Printed Name): *Presetta W. Walker*
C. Date of Delivery: 6/2/06

1. Article Addressed to:

Chief Clarence Wheeler
City of Union Springs
Police Department
305 North Prairie Street
Union Springs, AL 36089

06cv477

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered      ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0002 4361 5389

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X *Presetta W. Walker* ☒ Agent / ☐ Addressee

B. Received by (Printed Name): *Presetta W. Walker*
C. Date of Delivery: 6/2/06

1. Article Addressed to:

City of Union Springs
Legal Department
305 North Prairie St.
Union Springs, AL 36089

2:06cv477-DRB

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered      ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7005 0390 0001 0098 8172

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X *Presetta W. Walker* ☒ Agent / ☐ Addressee

B. Received by (Printed Name): *Presetta W. Walker*
C. Date of Delivery: 6/2/06

1. Article Addressed to:

City of Union Springs
Police Department
Legal Counsel
305 North Prairie Street
Union Springs, AL 36089

2:06cv477-DRB

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered      ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7000 1670 0012 6259 0635

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540