IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| Mattie Jackson, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | 02:06-CV-477-DRB |
| | * | |
| City of Union Springs, City of | * | |
| Union Springs Police Department, | * | |
| Chief Clarence Wheeler, | * | |
| | * | |
| Defendants. | * | |

## REPORT OF PARTIES' PLANNING MEETING

I.    Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on June 15, 2006, via telephone conference and was attended by:

Juraldine Battle-Hodge for Plaintiff
April W. McKay for Defendants, City of Union Springs and Chief Clarence Wheeler

II.    Pre-Discovery Disclosures

The parties will exchange initial disclosures required by Fed. R. Civ. P. 26(a)(1) within twenty-one days after the scheduling order has been entered.

III.    Discovery Plan

The parties jointly propose to the Court the following discovery plan:

a.    All discovery commenced in time to be completed by August 17, 2007;
b.    Maximum of 40 interrogatories by each party to the other party; responses are due 30 days after service.
c.    Maximum of 30 requests for admissions by each party to the other party; responses due 30 days after service;
d.    Maximum of 10 depositions by Plaintiff and 10 depositions by Defendants.
e.    Each deposition will not exceed four hours unless agreed to by the parties.
f.    Reports from retained experts under Rule 26(a)(2) due:

        From Plaintiffs    :    January 31, 2007
        From Defendants   :    March 15, 2007

IV.  Other Items

a.  Parties do not request a conference with the Court before entry of the scheduling order;
b.  The parties request a pretrial conference on August 27, 2007.
c.  Plaintiffs will be allowed until September 30, 2006 to enjoin additional parties and amend pleadings.
d.  Defendants shall be allowed until November 17, 2005 to enjoin additional parties and amend pleadings.
e.  All potentially dispositive motions should be filed by May 28, 2007.
f.  Final list of witness and exhibits under Rule 26(a)(3) should be due:

   Witness List between parties  - August 17, 2007

   Exhibits between parties - August 17, 2007

   Plaintiff's expert witness - December 29, 2006

   Defendant's expert witness - February 15, 2007

g.  Parties should have ten days after service of final list of witnesses and exhibits to list an objection under Rule 26(a)(3).
h.  The case should be ready for trial by November 15, 2007 and is expected to take approximately 3 days.


Dated: 06/15/06

/s Rick A. Howard
Alex L. Holtsford, Jr. (HOL048)
Rick A. Howard (HOW045)
April W. McKay (WIL304)
Attorneys for Defendants

OF COUNSEL:
Nix Holtsford Gilliland
    Higgins & Hitson, P.C.
Post Office Box 4128
Montgomery, Alabama 36104
334-215-8585

/s Juraldine Battle-Hodge
Juraldine Battle-Hodge
Attorney for Plaintiff

207 Montgomery Street
Suite 215
Montgomery, Alabama 36104