RECEIVED 2006 JUN 28 A 10: 41
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **MATTIE JACKSON** ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO.: 2:06-cv-477-DRB |
| V. ) | |
| ) | |
| **CITY OF UNION SPRINGS, ET AL.,** ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR LEAVE TO AMEND COMPLAINT

**COMES NOW** the Plaintiff, Mattie Jackson and moves this Court for leave to amend her Complaint. As grounds for said motion, Plaintiff represents unto this Court as follows:

1. That Plaintiff, Mattie Jackson, filed her initial Complaint on May 26, 2006.

2. That the Defendant filed its Motion to Dismiss on June 7, 2006.

3. That on June 9, 2006, this Honorable Court ordered the Plaintiff to show cause on or before June 30, 2006, why the Defendant's Motion to Dismiss should not be granted.

5. That in response the Defendant's Motion to Dismiss, the Plaintiff amends her Complaint.

6. That an Amended Complaint will not cause undue prejudice or delay in the proceedings.

7. That further, there is no Uniform Scheduling Order in this case as of yet, thus, the last day with which to amend this Complaint has not been set.

Respectfully submitted this the 28th day of June 2006.

_____
Juraldine Battle-Hodge (BAT033)
Attorney for the Plaintiff
207 Montgomery Street, Suite 215
Montgomery, Alabama 36104
Montgomery, Alabama 36104
Telephone:  (334) 262-1177
Facsimile:   (334) 263-5569

## CERTIFICATE OF SERVICE

We, hereby certify that, on the 28th day of June 2006, the foregoing document was served upon the following counsel of record by placing a copy of the same in the U.S. Mail, First Class postage prepaid, addressed as follows:

Hon. Alex Holtsford, Jr.
Hon. Rick A. Howard
Nix Holtsford Gilland Higgins & Hitson. P.C.
P.O. Box 4128
Montgomery, AL 36103-4128

_____
OF COUNSEL