IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2006 JUN 28  A 11: 38

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

MATTIE JACKSON,                          )
                                         )
        Plaintiff,                       )
                                         )
v.                                       )         2:06-CV-00477-DRB
                                         )
CITY OF UNION SPRINGS, CITY OF           )
UNION SPRINGS POLICE DEPARTMENT,         )
CHIEF CLARENCE WHEELER,                  )
                                         )
        Defendants.                      )

## CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

_6/28/06_____                _____
Date                                     Signature

                                         _Mattie Jackson, Plaintiff_____
                                         Counsel For (**print** name of all parties)

                                         _207 Montgomery Street, #215, Montgomery, AL 36104_
                                         Address, City, State, Zip Code

                                         _(334) 262-1177_____
                                         Telephone Number


**DO NOT FILE THIS DOCUMENT ELECTRONICALLY.  PLEASE MAIL IT TO:**

Clerk, U.S. District Court
P. O. Box. 711
Montgomery, AL 36101