IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 JUN 15 P 3: 54

D. P. HACKETT
DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| MATTIE JACKSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 2:06-CV-00477-DRB |
| | ) |
| CITY OF UNION SPRINGS, CITY OF | ) |
| UNION SPRINGS POLICE DEPARTMENT, | ) |
| CHIEF CLARENCE WHEELER, | ) |
| | ) |
| Defendants. | ) |

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

6/14/06
Date

[Signature]
Signature

All Defendants
Counsel For (**print** name of all parties)

600 Carmichael Rd. Mont 36106
Address, City, State, Zip Code

334.215.8585
Telephone Number

DO NOT FILE THIS DOCUMENT ELECTRONICALLY. PLEASE MAIL IT TO:

Clerk, U.S. District Court
P. O. Box. 711
Montgomery, AL 36101