IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MATTIE JACKSON, | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | 2:06-CV-00477-DRB |
| | ) | |
| CITY OF UNION SPRINGS, | ) | |
| *Defendant.* | ) | |

## ORDER ON MOTIONS

Within the time set for her show-cause-response to Defendants' *Motion to Dismiss* (Doc. 5), Plaintiff filed a *Motion for Leave to Amend Complaint* (Doc. 8) and a show-cause *Response* (Doc.9) which rested on her Proposed Amended Complaint.  The only named Defendant in the Proposed Amended Complaint responded with an Answer on July 14 (Doc 12), which recites, *inter alia*, that "it has no objection to the amended complaint and based on the amended complaint believes the motion to dismiss is now moot."  After due consideration of all pleadings, it is **ORDERED** that:

1. *Plaintiff's Motion for Leave to Amend Complaint* (Doc. 8) is GRANTED to the extent that the Proposed Amended Complaint filed therewith is ALLOWED with the exception of the fictitious defendants referenced in the caption.  The Clerk is instructed to docket the Amended Complaint and to note the Defendant's filing on July 14 (Doc.12) as its Answer to the Amended Complaint.

2. Defendants' *Motion to Dismiss* (Doc. 5) is DENIED AS MOOT.

3. Counsel shall confer promptly to file not later than July 31, 2006, an Amended Rule 26(f) Report which is commensurate with the Amended Complaint.

Done this 17th day of July, 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE