RECEIVED

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2006 JUL 17 P 1: 13

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| **MATTIE JACKSON,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO.: 2:cv-06-477-DRB |
| V. ) | |
| ) | |
| **CITY OF UNION SPRINGS, ET AL.,** ) | |
| and Defendants "A," "B," and "C," ) | |
| Whether singular or plural, those ) | |
| other persons, corporations, firms or ) | |
| other entities whose true and correct ) | |
| names are unknown to Plaintiff at ) | |
| this time, but will be substituted by ) | |
| amendment when ascertained, ) | |
| ) | |
| Defendants. ) | |

### PLAINTIFF'S AMENDED RESPONSE TO DEFENDANTS' MOTION TO DISMISS

**COMES NOW** the Plaintiff, Mattie Jackson, by and through her attorney of record, Juraldine Battle-Hodge and files her response to Defendant's Motion to Dismiss and shows cause why the motion should not be granted as follows:

1. That Plaintiff, Mattie Jackson, filed her initial Complaint on May 26, 2006.

2. That the Defendant filed its Motion to Dismiss on June 7, 2006.

3. That on June 9, 2006, this Honorable Court ordered the Plaintiff to show cause on or before June 30, 2006, why the motion should not be granted.

4.     That in response the Defendant's Motion to Dismiss, the Plaintiff filed an Amended Complaint on June 28, 2006.

5.     That therefore, Plaintiff respectfully moves that Defendant's Motion to Dismiss be denied.

Respectfully submitted this the 17th day of July 2006.

_____
Juraldine Battle-Hodge (BAT033)
Attorney for the Plaintiff
207 Montgomery Street, Suite 215
Montgomery, Alabama 36104
Montgomery, Alabama 36104
Telephone:   (334) 262-1177
Facsimile:     (334) 263-5569

## CERTIFICATE OF SERVICE

We, hereby certify that, on the 17th day of July 2006, the foregoing document was served upon the following counsel of record by placing a copy of the same in the U.S. Mail, First Class postage prepaid, addressed as follows:

**Hon. Alex Holtsford, Jr.**
**Hon. Rick A. Howard**
**Nix Holtsford Gilland Higgins & Hitson. P.C.**
P.O. Box 4128
Montgomery, AL 36103-4128

_____
OF COUNSEL