IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MATTIE JACKSON, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>CITY OF UNION SPRINGS, CITY OF )<br>UNION SPRINGS POLICE DEPARTMENT, )<br>CHIEF CLARENCE WHEELER, )<br>)<br>    Defendants. ) | 2:06-CV-00477-TFM |

**AMENDED SCHEDULING ORDER**

This action is assigned to the undersigned magistrate judge to conduct all proceedings and order entry of judgment by consent of all the parties (Docs. 10-11, filed June 28, 2006) and 28 U.S.C. § 636(c). For good cause, it is **ORDERED** that the Uniform Scheduling Order filed July 27, 2006 (Doc. 17) is **AMENDED** as follows:

**SECTION 1. TRIAL DATE**:   The **jury trial** shall commence on **December 10, 2007**, with jury selection at 10:00 a.m., in the Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama. in Montgomery, Alabama.

As provided in Fed.R.Civ.P. 16(d), a **final pretrial conference** in this case, is set at **10:00 a.m.,** on **August 27, 2007**, in District Courtroom 4A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama. This conference shall be attended by at least one of the attorneys who will try the case for each of the parties and by any party who is not represented by an attorney. The court will address the matters provided for in Rule 16 (c). All motions which have not been submitted or ruled on will be heard at this time. **The parties are DIRECTED to prepare jointly a proposed pretrial order consistent with the outline available on the court's website.** The plaintiff shall ensure that the original of the proposed pretrial order is received by the court **August 20,**

**2007;** the order shall be transmitted in WordPerfect or Word format to propord_moorer@almd.uscourts.gov

**SECTION 3.**  On or before **May 30, 2007**, counsel for all parties shall conduct a face-to-face settlement conference at which counsel shall engage in good faith settlement negotiations.  If settlement cannot be reached, counsel shall also discuss whether mediation will assist the parties in reaching settlement.  Not less than **FIVE (5) DAYS** after this conference (**June 6, 2007**), counsel for the plaintiff shall file a pleading titled "Notice Concerning Settlement Conference and Mediation".  This pleading shall indicate whether settlement was reached and, if not, whether the parties believe mediation will assist them in resolving this case short of trial.

**SECTION 6 (D) Proposed Orders**:    (D) Any proposed order that a party desires the court to enter should be submitted to the court in both (a) an Adobe Acrobat PDF format attachment to the motion and (b) by transmitting an electronic copy of the proposed pretrial order to the court as an attachment to an email message sent to <propord_moorer@almd.uscourts.gov>.  For these purposes, the electronic copy should be in WordPerfect or Word format and not in Adobe Acrobat PDF format.

DONE this 12th day of April, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE