IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2007 MAY 31  P 3: 46

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| Mattie Jackson, | * |
| Plaintiff, | * |
| vs. | * 02:06-CV-477-DRB |
| City of Union Springs, City of Union Springs Police Department, Chief Clarence Wheeler, | * |
| Defendants. | * |

## NOTICE CONCERNING SETTLEMENT CONFERENCE

COME NOW THE PLAINTIFF AND DEFENDANTS, by and through their respective undersigned counsel and, in response to the Court's Scheduling Order submit the following Notice Concerning Settlement:

1. Under the Court's Uniform Scheduling Order, a Notice Concerning Settlement Conference and Mediation is to be filed following a face-to-face settlement conference between the parties.

2. On May 30, 2007, counsel for the parties conducted a face-to-face settlement conference at Plaintiff's counsel's office in Montgomery, Alabama.

3. Counsel for Plaintiff and Defendant discussed the possibility of settlement. No settlement has been reached at this time.

4. The parties do not request Mediation at this time. If the parties change their position regarding Mediation, the parties will advise the Court of the same.

Respectfully submitted,

_____
Alex L. Holtsford, Jr. (HOL048)
Rick A. Howard (HOW045)
April W. McKay (WIL304)
Attorneys for Defendants

_____
Juraldine Battle-Hodge
Attorney for Plaintiff