IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| Mattie Jackson, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | 02:06-CV-477-DRB |
| | * | |
| City of Union Springs, City of | * | |
| Union Springs Police Department, | * | |
| Chief Clarence Wheeler, | * | |
| | * | |
| Defendants. | * | |

## CONFLICT DISCLOSURE STATEMENT

COME NOW all of the Defendants in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but no trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

| Reportable Entity | Relationship to Party |
|---|---|
| J. Earl Hinson | City of Union Springs Mayor |
| Cathy Dickerson | City of Union Springs Clerk |
| Tommy Main | City of Union Springs Council Member |
| Saint T. Thomas, Jr. | City of Union Springs Council Member |
| John McGowan | City of Union Springs Council Member |
| James I. Anderson | City of Union Springs Council Member |
| Cope Lawrence | City of Union Springs Council Member |

s/ Rick A. Howard<br>
Alex L. Holtsford, Jr. (HOL048)<br>
Rick A. Howard (RAH045)<br>
Attorneys for Defendants

OF COUNSEL:

Nix Holtsford Gilliland Higgins & Hitson, P.C.
P.O. Box 4128
Montgomery, AL 36103-4128
(334) 215-8585

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon:

Juraldine Battle-Hodge
207 Montgomery Street
Suite 215
Montgomery, Alabama 36104

by placing same in the United States Mail, postage prepaid, on this the 29th day of June, 2007.

s/ Rick A. Howard<br>
OF COUNSEL