IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Mattie Jackson, | * |
| Plaintiff, | * |
| vs. | *   02:06-CV-477-DRB |
| City of Union Springs, City of Union Springs Police Department, Chief Clarence Wheeler, | * |
| Defendants. | * |

## WITNESS LIST

COME NOW Defendants, by and through counsel, and state the following individuals may be called as witnesses at the trial of this matter:

1. Mattie Jackson
   Plaintiff

2. Representative/Custodian of Records of State of Alabama Peace Officers Standards & Training Commission Law Enforcement Academy

3. Clarence Wheeler
   115 Prairie Street
   Union Springs, AL 36089

4. Cathy Dickerson
   115 Prairie Street
   Union Springs, Alabama 36089

5. Kenneth Johnson
   115 Prairie Street
   Union Springs, Alabama 36089

7. Edward Boyd
   115 Prairie Street
   Union Springs, Alabama 36089

8.  Officer Marvin Christian
    115 Prairie Street
    Union Springs, Alabama 36089

9.  Officer Mittie Murray
    115 Prairie Street
    Union Springs, Alabama 36089

10. Marvin Henson
    Mayor of City of Union Springs
    115 Prairie Street
    Union Springs, Alabama 36089

11. Corporal Sharon Dean
    115 Prairie Street
    Union Springs, Alabama 36089

12. Kimberlyn Parham
    115 Prairie Street
    Union Springs, Alabama 36089

13. Byron Heird
    115 Prairie Street
    Union Springs, Alabama 36089

14. Joseph Hoyle
    115 Prairie Street
    Union Springs, Alabama 36089

15. Chief Allen Benefield
    Alabama Police Officers Standards & Training Commission

16. Councilmember James Anderson
    Councilmember for the City of Union Springs

17. Councilmember John McGowan
    Councilmember for the City of Union Springs

18. Councilmember Cope Lawrence
    Councilmember for the City of Union Springs

19. Councilmember Saint T. Thomas, Jr.

        Councilmember for the City of Union Springs

20.   Councilmember Tommy Main
      Councilmember for the City of Union Springs

21.   Natasha Swift
      Address unknown at this time

22.   Tyrone Williams
      115 Prairie Street
      Union Springs, Alabama 36089

23.   Any person identified in Plaintiff's witness list

                s/ Rick A. Howard

                _____
                ALEX L. HOLTSFORD, JR. HOL048)
                RICK A. HOWARD (HOW045)
                APRIL W. MCKAY (WIL304)
                Attorneys for Defendants

OF COUNSEL:
Nix Holtsford Gilliland Higgins & Hitson, P.C.
Post Office Box 4128
Montgomery, Alabama 36101-4128
(334) 215-8585
(334) 215-7101 - facsimile

## CERTIFICATE OF SERVICE

      I hereby certify that I have this day served a copy of the foregoing by placing a copy of the same in the United States Mail, properly addressed and postage prepaid upon:

Juraldine Battle-Hodge
207 Montgomery Street
Suite 215
Montgomery, Alabama 36104

on this the 18th day of July, 2007.

                s/ Rick A. Howard

                _____
                OF COUNSEL