IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MATTIE JACKSON, | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO.: 2:cv-06-477-DRB |
| V. | ) |
| | ) |
| CITY OF UNION SPRINGS, ET AL., | ) |
| | ) |
| Defendants. | ) |

### WITNESS LIST

COMES NOW the Plaintiff and submits her anticipated witness list as follows:

WITNESSES PLAINTIFF EXPECTS TO PRESENT

1. Mattie Jackson
   Plaintiff
   P.O. Box 562
   Union Springs, AL 36089
   (334) 738-5186

2. Eugene Jackson
   P.O. Box 562
   Union Springs, AL 36089
   (334) 738-5186

3. Latasha Swift
   4073 County Road 31
   Union Springs, AL 36089
   (334) 738-8500

4. Curtis Love
   P.O. Box 5135
   Union Springs, AL 36089
   (334) 738-2128

5. Edward Boyd
   3521 Norman Bridge Road
   Montgomery, AL 36116
   (334) 281-3736, (334) 651-9477

6. Fuesaul Turner
   Union Springs, AL 36089
   (334) 239-1340

7. Any person identified on Defendants' witness list filed herein or any later witness list of the Defendants.

8. Any person sufficiently identified prior to trial so as not to prejudice the Plaintiff herein.

9. Any person necessary to rebut testimony by any witness whose identity is not presently known to the Plaintiff, but can be ascertained based upon the testimony or exhibits proffered.

10. Any person necessary to rebut any document or exhibit proffered at trial.

Respectfully submitted,

_____
Juraldine Battle-Hodge (3072-G-61J)
207 Montgomery Street, Suite 215
Montgomery, Alabama 36104
Telephone: (334) 262-1177
Facsimile: (334) 263-5569

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of July 2007, I served the foregoing documents on the following counsel of record via facsimile and by placing a copy of the same in the U.S. Mail, First Class postage prepaid, addressed as follows:

Alex L. Holtsford
Rick A. Howard
April W. McKay
*Nix Holtsford Gilliand Higgins & Hitson, P.C.*
Post Office Box 4128
Montgomery, AL 36103-4128

_____
Of Counsel