### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| Mattie Jackson, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | 02:06-CV-477-TFM |
| | * | |
| City of Union Springs, City of | * | |
| Union Springs Police Department, | * | |
| Chief Clarence Wheeler, | * | |
| | * | |
| Defendants. | * | |

### REVISED NOTICE CONCERNING SETTLEMENT CONFERENCE

COME NOW THE DEFENDANTS, by and through their undersigned counsel and, in response to the Court's Scheduling Order submit the following Revised Notice Concerning Settlement:

1. On May 30, 2007, counsel for the parties conducted a face-to-face settlement conference at Plaintiff's counsel's office in Montgomery, Alabama.

2. At that time, counsel discussed the possibility of settlement. While settlement negotiations have been ongoing, no settlement has been reached.

3. In the parties' initial Notice Concerning Settlement, the parties stated that they did not request Mediation at that time, but that if the parties changed their position regarding Mediation, they would advise the Court of the same.

4. The parties have now determined that it is unlikely that a settlement will be reached without the assistance of mediation. Accordingly, the parties, through their respective counsel, are in the process of scheduling mediation with a private mediator.

        Respectfully submitted,

        s/ Rick A. Howard
        Alex L. Holtsford, Jr. (HOL048)
        Rick A. Howard (HOW045)
        April W. McKay (WIL304)
        Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

I hereby certify that an exact copy of the foregoing instrument has been served (a) through the Court's e-filing system; (b) by placing a copy of same in the United States Mail, postage prepaid and properly addressed; and/or (c) by personal/firm e-mail to

Juraldine Battle-Hodge
207 Montgomery Street
Suite 215
Montgomery, Alabama 36104

on this the 8th day of August, 2007.

        s/ Rick A. Howard
        OF COUNSEL