IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MATTIE JACKSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:06-CV-00477-TFM |
| | ) | |
| CITY OF UNION SPRINGS, CITY OF | ) | |
| UNION SPRINGS POLICE DEPARTMENT, | ) | |
| CHIEF CLARENCE WHEELER, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

At the request of the parties, it is **ORDERED** that all parties are hereby directed to participate in the mediation requested by the represented parties, who are directed to secure a mutually convenient date for the mediation conference – at the earliest possible time within the next 30 days – which shall be conducted by Honorable Wallace Capel, Jr.

Counsel are directed to make telephone contact on or before September 18, 2007, with Judge Capel's chambers at (334) 954-3730.

DONE this 13th day of September, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE