IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| Mattie Jackson, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | 02:06-CV-477-TFM |
| | * | |
| City of Union Springs, City of | * | |
| Union Springs Police Department, | * | |
| Chief Clarence Wheeler, | * | |
| | * | |
| Defendants. | * | |

## STIPULATION OF DISMISSAL

The undersigned parties, on behalf of their clients, inform the Court that this case has been resolved by mutual agreement. This case can now be dismissed with prejudice with each party to bear his or her own costs.

Respectfully submitted,

s/ Rick Howard

---

Alex L. Holtsford, Jr. (HOL048)
Rick A. Howard (HOW045)
April W. McKay (WIL304)
Attorneys for Defendants

s/ Juraldine Battle-Hodge

---

Juraldine Battle-Hodge
Attorney for Plaintiff