IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MATTIE JACKSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:06-CV-00477-TFM |
| | ) | |
| CITY OF UNION SPRINGS, CITY OF | ) | |
| UNION SPRINGS POLICE DEPARTMENT, | ) | |
| CHIEF CLARENCE WHEELER, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER and JUDGMENT

Pursuant to the *Stipulation of Dismissal* (Doc. 33, filed October 25, 2007), it is, for good cause, **ORDERED** that this action is **DISMISSED with prejudice**. The parties shall bear costs separately incurred.

The Clerk of the Court is **DIRECTED** to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 25th day of October, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE